# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.: 10-225 (CKK) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **STEPHEN JIN-WOO KIM,** | ) | |
|     also known as Stephen Jin Kim, | ) | |
|     also known as Stephen Kim, | ) | |
|     also known as Leo Grace, | ) | |
| | ) | |
|         **Defendant.** | ) | |

## NOTICE OF FILING

Pursuant to the Court's CIPA Protective Order [ECF Docket No. 10], ¶ 18, the United States hereby gives notice that it has filed today with the Court, through the Classified Information Security Officer, an <u>ex parte</u> classified pleading entitled the "Government's Supplemental Classified Addendum in Response to the Court's May 22, 2013, <u>Ex Parte</u> Order."

                        Respectfully submitted,

                        RONALD C. MACHEN JR.
                        UNITED STATES ATTORNEY
                        D.C. Bar Number 447-889

By:
                        _____/s/_____
                        G. MICHAEL HARVEY
                        Assistant United States Attorney
                        D.C. Bar Number 447-465
                        National Security Section
                        United States Attorney's Office
                        555 4th Street, N.W., Room 11-858
                        Washington, D.C.  20530
                        Phone: (202) 252-7810
                        Michael.Harvey2@usdoj.gov

/s/
JONATHAN M. MALIS
Assistant United States Attorney
D.C. Bar Number 454-548
National Security Section
United States Attorney's Office
555 4th Street, N.W., Room 11-447
Washington, D.C.  20530
Phone: (202) 252-7806
Jonathan.M.Malis@usdoj.gov


/s/
DEBORAH CURTIS
Trial Attorney
CA Bar Number 172208
Counterespionage Section
U.S. Department of Justice
600 E Street, N.W.
Washington, D.C.  20530
Phone: (202) 233-2113
Deborah.Curtis@usdoj.gov


CERTIFICATE OF SERVICE

On this 24th day of May, 2013, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.


/s/
G. MICHAEL HARVEY
Assistant United States Attorney