# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.: 10-225 (CKK) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **STEPHEN JIN-WOO KIM,** | ) | |
| also known as Stephen Jin Kim, | ) | |
| also known as Stephen Kim, | ) | |
| also known as Leo Grace, | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF DECLASSIFICATION

The United States hereby gives notice to the Court, defense counsel, and the defendant, that the following facts have been declassified. The "reporter for a national news organization" to whom the defendant is alleged to have made an unauthorized disclosure of national defense information, as charged in Count One of the Indictment [ECF Docket No. 3], is James Rosen of Fox News.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar Number 447-889

By:

_____/s/_____
G. MICHAEL HARVEY
Assistant United States Attorney
D.C. Bar Number 447-465
United States Attorney's Office
555 4th Street, N.W., Room 11-858
Washington, D.C. 20530
Phone: (202) 252-7810
Michael.Harvey2@usdoj.gov

/s/
JONATHAN M. MALIS
Assistant United States Attorney
D.C. Bar Number 454-548
United States Attorney's Office
555 4th Street, N.W., Room 5-5842
Washington, D.C.  20530
Phone: (202) 252-7806
Jonathan.M.Malis@usdoj.gov

/s/
DEBORAH CURTIS
Trial Attorney
CA Bar Number 172208
Counterespionage Section
U.S. Department of Justice
600 E Street, N.W.
Washington, D.C.  20530
Phone: (202) 233-2113
Deborah.Curtis@usdoj.gov

CERTIFICATE OF SERVICE

On this 6th day of June, 2013, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/
JONATHAN M. MALIS
Assistant United States Attorney