**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.: 10-225 (CKK) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **STEPHEN JIN-WOO KIM,** | ) | |
|     also known as Stephen Jin Kim, | ) | |
|     also known as Stephen Kim, | ) | |
|     also known as Leo Grace, | ) | |
| | ) | |
|               **Defendant.** | ) | |

**NOTICE OF FILING**

Pursuant to the Court's CIPA Protective Order [ECF Docket No. 10], ¶ 18, the United States hereby gives notice that it has filed today with the Court, through the Classified Information Security Officer, a pleading entitled the "Government's <u>In Camera</u>, Under Seal Response to the Court's Order (May 30, 2013)."

                                            Respectfully submitted,

                                            RONALD C. MACHEN JR.
                                            UNITED STATES ATTORNEY
                                            D.C. Bar Number 447-889

      By:

                                            _____/s/_____
                                            G. MICHAEL HARVEY
                                            Assistant United States Attorney
                                            D.C. Bar Number 447-465
                                            United States Attorney's Office
                                            555 4th Street, N.W., Room 11-858
                                            Washington, D.C.  20530
                                            Phone: (202) 252-7810
                                            Michael.Harvey2@usdoj.gov

                    /s/
JONATHAN M. MALIS
Assistant United States Attorney
D.C. Bar Number 454-548
United States Attorney's Office
555 4th Street, N.W., Room 5-5842
Washington, D.C.  20530
Phone: (202) 252-7806
Jonathan.M.Malis@usdoj.gov


                    /s/
DEBORAH CURTIS
Trial Attorney
CA Bar Number 172208
Counterespionage Section
U.S. Department of Justice
600 E Street, N.W.
Washington, D.C.  20530
Phone: (202) 233-2113
Deborah.Curtis@usdoj.gov


CERTIFICATE OF SERVICE

    On this 6th day of June, 2013, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.


                    /s/
JONATHAN M. MALIS
Assistant United States Attorney