# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Case No. CR-10-225 (CKK) |
| v. | ) |
| | ) |
| STEPHEN JIN-WOO KIM, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

The defense hereby provides notice through undersigned counsel that on June 28, 2013, the defense filed with the Court, through the Classified Information Security Officer, Defendant's Motion for Reconsideration of the Court's Rulings on His Third Motion to Compel Discovery.

Respectfully submitted,

Dated:  June 28, 2013

/s/
Abbe David Lowell
Keith M. Rosen
Scott W. Coyle
**CHADBOURNE & PARKE LLP**
1200 New Hampshire Ave NW
Washington, DC  20036

*Counsel for Defendant Stephen Kim*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2013, I caused a true and correct copy of the foregoing notice to be served via the Court's ECF filing system to all counsel of record in this matter.

_____/s/_____
Abbe David Lowell