UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 10-225 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHEN JIN-WOO KIM, | ) | PUBLIC VERSION |
|    also known as Stephen Jin Kim, | ) | |
|    also known as Stephen Kim, | ) | |
|    also known as Leo Grace, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

In the Joint Status Report filed on July 5, 2013, the Parties updated the Court on their progress with respect to outstanding discovery issues. To further inform the Court, the United States hereby files with the Court all correspondence between the Parties, without attachments, since the last Notices of Filing [see ECF Docket No. 91, filed December 6, 2012, ECF Docket No. 93, filed December 10, 2012, and ECF Docket No. 94, filed December 11, 2012]. As reflected below, much of the parties' correspondence is is being treated by both parties as classified. Therefore, the correspondence so marked has been filed under seal with the Classified Information Security Officer (CISO) pursuant to the Court's CIPA Protective Order [ECF Docket No. 10].

1. February 11, 2013     Government production (classified) [filed under seal]

2. February 11, 2013     Government response to defense letter (classified) [filed under seal]

3. April 5, 2013     Government response to defense letter (classified) [filed under seal]

4. April 29, 2013     Defense letter (classified) [filed under seal]

5. April 29, 2013     Defense letter (classified) [filed under seal]

| | | |
|---|---|---|
| 6. | May 14, 2013 | Defense letter (classified) [filed under seal] |
| 7. | May 23, 2013 | Defense email communication (unclassified) |
| 8. | June 3, 2013 | Government response to defense email (unclassified) |
| 9. | June 7, 2013 | Defense letter (unclassified) |
| 10. | June 12, 2013 | Defense letter (unclassified) |
| 11. | June 12, 2013 | Government response to defense letter (unclassified) |
| 12. | June 12, 2013 | Government letter (classified) [filed under seal] |
| 13. | June 13, 2013 | Defense letter (unclassified) |
| 14. | June 14, 2013 | Defense letter (classified) [filed under seal] |
| 15. | June 14, 2013 | Government response to defense letter (classified) [filed under seal] |
| 16. | July 1, 2013 | Defense letter (classified) [filed under seal] |
| 17. | July 2, 2013 | Government production and response to defense letter (classified) [filed under seal] |

An unredacted version of this Notice of Filing and the above-listed correspondence was served upon counsel for the defendant through the CISO, in the same form as provided to the Court.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar No. 447889

By:

/s/
G. Michael Harvey (D.C. Bar No. 447465)
Assistant United States Attorney
United States Attorney's Office
(202) 252-7810
Michael.Harvey2@usdoj.gov

/s/
———————————————
Jonathan M. Malis (D.C. Bar No. 454548)
Assistant United States Attorney
United States Attorney's Office
(202) 252-7806
Jonathan.M.Malis@usdoj.gov


/s/
———————————————
Deborah A. Curtis (CA Bar No. 172208)
U.S. Department of Justice Trial Attorney
(202) 233-2113
Deborah.Curtis@usdoj.gov

Date: July 8, 2013

## CERTIFICATE OF SERVICE

On this 8th day of July, 2013, a copy of the foregoing was served on counsel of record for the defendant via the CISO and the Court's Electronic Filing System.

/s/
———————————————
G. MICHAEL HARVEY
Assistant United States Attorney

3