The February 11, 2013 Government production (classified) is filed under seal