# Harvey, Michael (USADC)

| | |
|---|---|
| **From:** | Malis, Jonathan M. (USADC) |
| **Sent:** | Thursday, May 23, 2013 11:40 AM |
| **To:** | Lowell, Abbe D.; Rosen, Keith M.; Harvey, Michael (USADC); Curtis, Deborah (NSD) (JMD) |
| **Cc:** | Coyle, Scott |
| **Subject:** | RE: US v. Kim |

Thank you. We will convey exactly what Keith wrote.

Jonathan M. Malis
(202) 252-7806

---

**From:** Lowell, Abbe D. [mailto:ADLowell@chadbourne.com]
**Sent:** Thursday, May 23, 2013 11:37 AM
**To:** Malis, Jonathan M. (USADC); Rosen, Keith M.; Harvey, Michael (USADC); Curtis, Deborah (NSD) (JMD)
**Cc:** Coyle, Scott
**Subject:** RE: US v. Kim

Please convey what Keith wrote to you. Thank you.

**Abbe David Lowell**
**Chadbourne & Parke LLP**
1200 New Hampshire Avenue, N.W., Washington, D.C. 20036
30 Rockefeller Plaza, New York, NY 10112
tel 202-974-5605; 212-408-1170 | fax 202-974-6705; 646-710-1170
adlowell@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/adlowell.vcf

---

**From:** Malis, Jonathan M. (USADC) [mailto:Jonathan.M.Malis@usdoj.gov]
**Sent:** Thursday, May 23, 2013 11:36 AM
**To:** Lowell, Abbe D.; Rosen, Keith M.; Harvey, Michael (USADC); Curtis, Deborah (NSD) (JMD)
**Cc:** Coyle, Scott
**Subject:** RE: US v. Kim

Abbe, I don't have a request. You do. Please just say exactly what you what us to convey to the equity holder(s), and we will do so. That's it. Thanks. Jon

Jonathan M. Malis
(202) 252-7806

---

**From:** Lowell, Abbe D. [mailto:ADLowell@chadbourne.com]
**Sent:** Thursday, May 23, 2013 11:34 AM
**To:** Malis, Jonathan M. (USADC); Rosen, Keith M.; Harvey, Michael (USADC); Curtis, Deborah (NSD) (JMD)
**Cc:** Coyle, Scott
**Subject:** RE: US v. Kim

Jon -

Part of the reason for this is to refresh ourselves and not have to reinvent the wheel. Your request turns that on its head. By looking at our work, we can figure out what we need to see again. Hard to do

1

before. Anyway, if your counterparts can let us know their views before June 4, great. If not, this ought not be a hard one to raise.

Abbe

**Abbe David Lowell**
**Chadbourne & Parke LLP**
1200 New Hampshire Avenue, N.W., Washington, D.C. 20036
30 Rockefeller Plaza, New York, NY 10112
tel 202-974-5605; 212-408-1170 | fax 202-974-6705; 646-710-1170
adlowell@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/adlowell.vcf

---

**From:** Malis, Jonathan M. (USADC) [mailto:Jonathan.M.Malis@usdoj.gov]
**Sent:** Thursday, May 23, 2013 11:23 AM
**To:** Lowell, Abbe D.; Rosen, Keith M.; Harvey, Michael (USADC); Curtis, Deborah (NSD) (JMD)
**Cc:** Coyle, Scott; Gunning, Christine E (JMD)
**Subject:** RE: US v. Kim

Abbe, we will transmit your request. Please provide whatever additional information you would like us to include when we do so. If you would like to do this by letter, identifying any particular documents that appear on the docket sheet, that would be fine too. Please let us know whether or not you intend to provide additional information, so that we can send a complete request as soon as possible. Thank you. Jon

Jonathan M. Malis
(202) 252-7806

---

**From:** Lowell, Abbe D. [mailto:ADLowell@chadbourne.com]
**Sent:** Thursday, May 23, 2013 11:07 AM
**To:** Malis, Jonathan M. (USADC); Rosen, Keith M.; Harvey, Michael (USADC); Curtis, Deborah (NSD) (JMD)
**Cc:** Coyle, Scott; Gunning, Christine E (JMD)
**Subject:** RE: US v. Kim

To be clear -- this is our own briefs and motions that we wrote. They ought to be able to tell us by June 4 if they object to us seeing out own work product.

**Abbe David Lowell**
**Chadbourne & Parke LLP**
1200 New Hampshire Avenue, N.W., Washington, D.C. 20036
30 Rockefeller Plaza, New York, NY 10112
tel 202-974-5605; 212-408-1170 | fax 202-974-6705; 646-710-1170
adlowell@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/adlowell.vcf

---

**From:** Malis, Jonathan M. (USADC) [mailto:Jonathan.M.Malis@usdoj.gov]
**Sent:** Thursday, May 23, 2013 10:57 AM
**To:** Rosen, Keith M.; Harvey, Michael (USADC); Curtis, Deborah (NSD) (JMD)
**Cc:** Lowell, Abbe D.; Coyle, Scott; Gunning, Christine E (JMD)
**Subject:** RE: US v. Kim

Keith, we will need to coordinate with the equity holder(s) for that information about your request. As we sit here right now, we do not know whether we will have any response from the equity holder(s), including a negative response, to convey to you by the status hearing. Thank you. Jon

Jonathan M. Malis

(202) 252-7806

**From:** Rosen, Keith M. [mailto:KRosen@chadbourne.com]
**Sent:** Thursday, May 23, 2013 9:58 AM
**To:** Malis, Jonathan M. (USADC); Harvey, Michael (USADC); Curtis, Deborah (NSD) (JMD)
**Cc:** Lowell, Abbe D.; Coyle, Scott; Gunning, Christine E (JMD)
**Subject:** US v. Kim

Jon, Michael & Deb:

As you know, Abbe and I were counsel to an individual named Steven Rosen in a prior Espionage Act case. That case involved extensive CIPA litigation, and virtually all of our pleadings/letters/other work product in the case were classified. As a result, we could not maintain copies as we would in a normal case.

Like any lawyers, we would like to review our prior work to save the time of having to recreate the research and writing in our current case. I have asked the CISO from the Steven Rosen case (Christine Gunning, copied here) for access to our prior pleadings. Ms. Gunning informs me that she has the material available for our review, but needs to know whether the government objects before it can be made available to us.

Would you kindly let me know whether the government will object to this? I would appreciate receiving your response before the status conference on June 4, so we can advise the Court if there is an issue that will require litigation.

Ms. Gunning has asked that you respond in writing if there is no objection, thus I am reaching out by e-mail rather than a phone call.

Thank you. Let me know if there are any questions.

Keith

**Keith M. Rosen**
**Chadbourne & Parke LLP**
1200 New Hampshire Ave N.W., Washington, DC 20036
**tel** 202-974-5687 | **fax** 202-974-5602
krosen@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/krosen.vcf

Please consider the environment before printing this email.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke (London) LLP, including a list of attorneys, please see our website at http://www.chadbourne.com

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke (London) LLP, including a list of attorneys, please see our website at http://www.chadbourne.com

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke (London) LLP, including a list of attorneys, please see our website at http://www.chadbourne.com

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke (London) LLP, including a list of attorneys, please see our website at http://www.chadbourne.com