# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | )   Case No. CR-10-225 (CKK) |
| v. | ) |
| | ) |
| STEPHEN JIN-WOO KIM, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

The defense hereby provides notice through undersigned counsel that on July 17, 2013, the defense filed with the Court, through the Classified Information Security Officer, Defendant's Reply to Government's Opposition to Defendant's Motion for Reconsideration of the Court's Rulings on His Third Motion to Compel Discovery.

.            Respectfully submitted,

Dated:  July 17, 2013                              /s/
                                                  Abbe David Lowell
                                                  Keith M. Rosen
                                                  Scott W. Coyle
                                                  **CHADBOURNE & PARKE LLP**
                                                  1200 New Hampshire Ave NW
                                                  Washington, DC  20036

                                                  *Counsel for Defendant Stephen Kim*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2013, I caused a true and correct copy of the foregoing notice to be served via the Court's ECF filing system to all counsel of record in this matter.

/s/
Abbe David Lowell

.