UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEPHEN JIN-WOO KIM,<br><br>Defendant. | Criminal No. 10-225 (CKK) |

## ORDER

Upon consideration of the Defendant's Unopposed Motion for Permission to Travel to Cobb Island, Maryland, it is hereby **ORDERED** that the motion is granted.

The defendant is hereby authorized to travel to Cobb Island, Maryland on August 16 through August 19, 2013.

**SO ORDERED.**

Dated: August 7, 2013

COLLEEN KOLLAR-KOTELLY
United States District Judge

