# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Case No. CR-10-225 (CKK) |
| v. | ) |
| | ) |
| STEPHEN JIN-WOO KIM, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

The defense hereby provides notice through undersigned counsel that on October 7, 2013, the defense filed with the Court, through the Classified Information Security Officer, Defendant Stephen Kim's Response to the Government's First Motion for a Hearing Under Seal Pursuant to CIPA §6(a).

Respectfully submitted,

Dated: October 7, 2013

/s/
Abbe David Lowell
Keith M. Rosen
Scott W. Coyle
**CHADBOURNE & PARKE LLP**
1200 New Hampshire Ave NW
Washington, DC  20036

*Counsel for Defendant Stephen Kim*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2013, I caused a true and correct copy of the foregoing notice to be served via the Court's ECF filing system to all counsel of record in this matter.

                                                   /s/
                                     Abbe David Lowell