# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 10-225 (CKK) |
| ) | |
| STEPHEN JIN-WOO KIM, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE

Defendant Stephen Kim, through undersigned counsel, respectfully submits the following unopposed motion to reschedule the December 20, 2013, status conference in this matter.

By prior Order of the Court, a status conference was scheduled for December 20, 2013, at 11:00 a.m.  After conferring with the government and the Court, counsel would propose continuing the status conference until January 7, 2014, at 1:00 p.m.  Defendant agrees that the time between November 20, 2013, and January 7, 2014, can be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), as the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.  The parties propose filing a joint notice of the issues to be discussed at the status conference on January 6, 2014.

The Government does not object to this motion.  A proposed Order is attached.

November 19, 2013                                Respectfully submitted,

                                                  /s/
                                                 Abbe David Lowell
                                                 Keith M. Rosen
                                                 Scott W. Coyle
                                                 **CHADBOURNE & PARKE LLP**
                                                 1200 New Hampshire Ave. NW
                                                 Washington, DC  20036

                                                 *Counsel for Defendant Stephen Kim*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2013, I caused a true and correct copy of the foregoing to be served via the Court's ECF system to all counsel of record in this matter.

/s/ Abbe David Lowell