IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| v.     ) | Criminal No. 10-225 (CKK) |
| ) | |
| STEPHEN JIN-WOO KIM,     ) | |
| ) | |
| Defendant.     ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR PERMISSION
TO TRAVEL TO NEW YORK, NY**

Defendant Stephen Kim, through undersigned counsel, respectfully moves this Court for permission to travel to New York, NY on December 24, 2013 through December 28, 2013. Under the Court's Order of August 27, 2010, which sets forth the conditions of Mr. Kim's release, Mr. Kim cannot travel outside of the Washington, D.C. metropolitan area without prior Court approval, except in limited circumstances. Accordingly, Mr. Kim hereby requests that the Court issue an Order authorizing his travel to New York, NY.

The Government and Pre-trial Services have indicated that they do not object to Mr. Kim's travel request.

Dated:  December 11, 2013                         Respectfully submitted,

                                                                ___/s/ Abbe D. Lowell_____
                                                                Abbe D. Lowell (D.C. Bar No. 358651)
                                                                CHADBOURNE & PARKE LLP
                                                                1200 New Hampshire Avenue, N.W.
                                                                Washington, D.C.  20036
                                                                (202) 974-5605 (Telephone)
                                                                (202) 974-5602 (Facsimile)
                                                                adlowell@chadbourne.com
                                                                *Counsel for defendant Stephen Kim*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2013, I caused a true and correct copy of the foregoing to be served via the Court's ECF system to all counsel of record in this matter.

/s/ Abbe D. Lowell