## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Case No. CR-10-225 (CKK) |
| v. | ) |
| | ) |
| STEPHEN JIN-WOO KIM, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

The defense hereby provides notice through undersigned counsel that on January 17, 2014, the defense filed with the Court, through the Classified Information Security Officer, Defendant Stephen Kim's Seventh Motion to Compel Discovery.

          Respectfully submitted,

Dated   January 17, 2014            /s/
          Abbe David Lowell
          Keith M. Rosen
          Scott W. Coyle
         **CHADBOURNE & PARKE LLP**
          1200 New Hampshire Ave NW
          Washington, DC  20036

          *Counsel for Defendant Stephen Kim*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2014, I caused a true and correct copy of the foregoing notice to be served via the Court's ECF filing system to all counsel of record in this matter.

/s/
Abbe David Lowell