IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL NO.  10-225 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| **STEPHEN JIN-WOO KIM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT NOTICE

Defendant Stephen Kim and the United States of America (collectively, the "parties"), through their undersigned counsel, submit this Joint Notice pursuant to the Court's January 28, 2014, Order.  The parties are still conferring regarding the scheduling of further hearings in this case and request that the Status Hearing currently set for 1:00 p.m. on Tuesday, February 4, 2014, be reset to 1:00 p.m. on Friday, February 7, 2014.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY

By:

_____/s/_____
G. Michael Harvey (D.C. Bar No. 447465)
Jonathan M. Malis (D.C. Bar No. 454548)
Thomas A. Bednar (D.C. Bar No. 493640)
Assistant United States Attorneys
United States Attorney's Office
555 4th Street, NW, 11th Floor
Washington, D.C.  20530
(202) 252-7810 (Telephone) (Harvey)
(202) 252-7806 (Telephone) (Malis)
(202) 252-7877 (Telephone) (Bednar)
(202) 252-7792 (Facsimile)

Michael.Harvey2@usdoj.gov
Jonathan.M.Malis@usdoj.gov
Thomas.bednar@usdoj.gov

_____/s/_____
Deborah Curtis (CA Bar No. 172208)
Julie A. Edelstein (D.C. Bar No. 976558)
Trial Attorneys, Counterespionage Section,
National Security Division
U.S. Department of Justice
600 E Street, NW, 10th Floor
Washington, D.C.  20530
(202) 233-2113 (Telephone) (Curtis)
(202) 233-2260 (Telephone) (Edelstein)
deborah.curtis@usdoj.gov
Julie.edelstein@usdoj.gov

*Counsel for the United States*


_____/s/_____
Abbe D. Lowell (D.C. Bar No. 358651)
Keith M. Rosen (D.C. Bar No. 495943)
Scott W. Coyle (D.C. Bar No. 1005985)
CHADBOURNE & PARKE LLP
1200 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 974-5605 (Telephone) (Lowell)
(202) 974-5687 (Telephone) (Rosen)
(202) 974-5713 (Telephone) (Coyle)
(202) 974-6705 (Facsimile)
ADLowell@Chadbourne.com
KRosen@Chadbourne.com
SCoyle@Chadbourne.com

*Counsel for Defendant Stephen Kim*

## Certificate of Service

I hereby certify that on February 3, 2014, I caused a true and correct copy of the foregoing Joint Notice to be served via the Court's ECF filing system to all counsel of record in this matter.

_____/s/_ _____
Abbe David Lowell